**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| JONATHAN RUCKER<br><br>Plaintiff,<br><br>v.<br><br>THE LITTLE WICOMICO OYSTER COMPANY, LLC<br><br>SERVE: Registered Agent<br>Andrew Myles Cockrell<br>4990 Hacks Neck Road<br>Heathsville, VA 22473<br><br>Defendant. | Civil Action No. 3:26cv1477<br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff Jonathan Rucker ("Mr. Rucker" or "Plaintiff"), through his attorneys, Regan Zambri Long PLLC and Marler Clark, Inc., PS, states his Complaint against Defendant The Little Wicomico Oyster Company, LLC as follows:

## I. PARTIES

1. Plaintiff Jonathan Rucker is, and at all relevant times was, domiciled in Upper Marlboro, Prince George's County, Maryland, and is a citizen of Maryland.

2. Defendant The Little Wicomico Oyster Company, LLC ("Little Wicomico") is a limited liability company organized under the laws of Virginia with its principal office and place of business at 309 Railway Drive, Heathsville, Virginia 22473, in Northumberland County. As a limited liability company, Little Wicomico is a citizen of every state of which any of its members is a citizen. On information and belief, each member of Little Wicomico, at any tier, is a citizen of Virginia, and no member of Little Wicomico, at any tier, is a citizen of Maryland. Little Wicomico is a certified shellfish shipper, Virginia certification number VA-1421-SP. It harvests,


MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

grows, processes, packs, and ships raw shellstock oysters from the Little Wicomico River and Little Wicomico River Lower growing areas, and sells and distributes those oysters in interstate commerce, including into Maryland, both through distributors and directly to consumers through its online store.

3. At all relevant times, Little Wicomico was engaged in the business of producing, distributing, or selling food, including raw oysters intended for human consumption.

## II. JURISDICTION AND VENUE

4. This Court has subject-matter jurisdiction under 28 U.S.C. § 1332(a)(1). Plaintiff is a citizen of Maryland; Little Wicomico is not a citizen of Maryland; and the amount in controversy on Plaintiff's claims exceeds $75,000, exclusive of interest and costs.

5. This Court has general personal jurisdiction over Little Wicomico because it is organized under the laws of Virginia and maintains its principal place of business in Virginia. Little Wicomico is at home in Virginia.

6. Venue is proper in this District under 28 U.S.C. § 1391(b)(1) because Little Wicomico resides in this District, and under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to Plaintiff's claims occurred here: Little Wicomico harvested, handled, packed, and shipped the contaminated oysters from Northumberland County, Virginia. Assignment to the Richmond Division is proper under Local Civil Rule 3(C).

## III. GENERAL ALLEGATIONS

### ***Salmonella* and Salmonellosis**

7. There are two *Salmonella* species: *Salmonella enterica* (*S. enterica*) and *Salmonella bongori* (*S. bongori*). *S. bongori* strains predominantly colonize cold-blooded reptiles, whereas *S. enterica* strains are capable of infecting both humans and mammals.[1] Based on factors such as morphology, structure, mode of reproduction, and other criteria, the two species are further classified into subgroups called serotypes or serovars. More than 2,500 serotypes have

[1] Hernandez, A. K. (n.d.). *Salmonella bongori – An overview | Sciencedirect Topics*. Science Direct Journals & Books. https://www.sciencedirect.com/topics/agricultural-and-biological-sciences/salmonella-bongori



MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

been described for *Salmonella*, and they are characterized by the type(s) of animal they are found in or by the clinical symptoms they cause.[2] Of these, fewer than 100 are responsible for most human *Salmonella* infections.[3]

**Sources and Transmission of *Salmonella***

8. Salmonellae are widely distributed in nature and are found in the intestinal tract of wild and domesticated animals and in humans. *Salmonella* infection can occur when a person ingests contaminated fecal particles transmitted by another infected human or animal.[4]

9. *Salmonella* infections are commonly divided into two broad categories:

- Nontyphoidal *Salmonella* (NTS) infections, which typically cause acute gastroenteritis characterized by diarrhea, abdominal cramps, fever, nausea, and vomiting; and
- Typhoidal *Salmonella* infections, caused by *Salmonella enterica* serotypes Typhi and Paratyphi, which can produce serious bloodstream infections known as typhoid fever and paratyphoid fever.[5] [6] [7]

10. *Salmonella enterica* serotypes Typhi, Sendai, and Paratyphi A, B, or C are found exclusively in humans. These serotypes, collectively referred to as typhoidal *Salmonella*, cause enteric fever (also known as typhoid or paratyphoid fever if caused by serotypes Typhi or

[2] Boore, A. L., Hoekstra, R. M., Iwamoto, M., Fields, P. I., Bishop, R. D., & Swerdlow, D. L. (2015). Salmonella enterica infections in the United States and assessment of coefficients of variation: A novel approach to identify epidemiologic characteristics of individual serotypes, 1996–2011. *PloS one*, *10*(12), e0145416. https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0145416

[3] Besser J. M. (2018). *Salmonella* epidemiology: A whirlwind of change. *Food Microbiology*, *71*, 55–59. https://doi.org/10.1016/j.fm.2017.08.018

[4] Mkangara, M. (2023). Prevention and control of human *Salmonella* enterica infections: An implication in food safety. *International Journal of Food Science*, *2023*(1), 8899596. https://onlinelibrary.wiley.com/doi/full/10.1155/2023/8899596

[5] Centers for Disease Control and Prevention. (2024a, October 4). *About Salmonella infection*. https://www.cdc.gov/salmonella/about/

[6] Centers for Disease Control and Prevention. (2024b, October 7). *Clinical overview of salmonellosis*. https://www.cdc.gov/salmonella/hcp/clinical-overview/

[7] Centers for Disease Control and Prevention. (2025). *Typhoid and paratyphoid fever*. In *CDC Yellow Book 2026: Health information for international travel*. https://www.cdc.gov/yellow-book/



MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

Paratyphi, respectively).[8] Most often, enteric fever is acquired through ingestion of food or water contaminated with human feces. Most U.S. residents who are diagnosed with typhoidal *Salmonella* are infected while traveling abroad in areas where typhoid fever and paratyphoid fever are common.

11. Although effective vaccines are available for protection against *Salmonella Typhi*, no licensed vaccines currently provide broad protection against the numerous non-typhoidal *Salmonella* serovars responsible for most foodborne illness in the United States. Several additional vaccine candidates remain under investigation.[9] Persons planning to travel outside of the United States are advised to find out if a vaccine for typhoid fever is recommended.[10]

12. Most human salmonellosis cases are foodborne.[11] Contamination may occur during food production, processing, transportation, storage, preparation, or service. Foods historically associated with *Salmonella* outbreaks include:

- Poultry and poultry products
- Eggs and egg-containing foods
- Beef and pork products
- Unpasteurized milk and dairy products
- Fresh produce, including leafy greens, tomatoes, onions, melons, fruits, and sprouts
- Nuts and nut butters
- Herbal and dietary supplements

[8] Gal-Mor, O., Boyle, E. C., & Grassl, G. A. (2014). Same species, different diseases: How and why typhoidal and non-typhoidal *Salmonella* enterica serovars differ. *Frontiers in Microbiology*, *5*, 391. https://doi.org/10.3389/fmicb.2014.00391

[9] Mastroeni, P., Rossi, O., & Micoli, F. (2026). Multivalent vaccines for invasive *Salmonella* disease: Need, rationale, and immunological foundations. *Infection and Immunity*, *94*(2), e0011825. https://doi.org/10.1128/iai.00118-25

[10] Centers for Disease Control and Prevention. (2025). *Typhoid and paratyphoid fever*. In *CDC Yellow Book 2026: Health information for international travel*. https://www.cdc.gov/yellow-book/

[11] Food and Drug Administration. (2025). *Salmonella (salmonellosis).* https://www.fda.gov/food/foodborne-pathogens/salmonella-salmonellosis



MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

13. Cross-contamination is another important mechanism of transmission. Even when contaminated food is thoroughly cooked, *Salmonella* may spread from raw products to other foods, utensils, cutting boards, countertops, or hands if proper food-handling practices are not followed.

14. In recent decades, an increasing number of *Salmonella* outbreaks have been linked not only to foods of animal origin but also to a wide variety of fresh produce and other plant-based foods. Outbreak investigations have continued to associate *Salmonella* infections with leafy greens, tomatoes, onions, cucumbers, melons, sprouts, fruits, nuts, nut butters, herbs, and other minimally processed foods. [12] The globalization of the food supply, large-scale food distribution networks, and changes in consumer eating patterns have increased opportunities for widespread outbreaks involving geographically dispersed populations.

15. In the United States, *Salmonella* remains one of the leading causes of bacterial foodborne illness, hospitalization, and death. The CDC estimates that *Salmonella* causes approximately 1.35 million infections, 26,500 hospitalizations, and 420 deaths each year. [13] However, passive laboratory surveillance, which uses voluntary reporting by health care providers and facilities, captures only a fraction of illnesses that occur. Furthermore, only a small proportion of illnesses are confirmed by laboratory testing and reported to public health agencies. Thus, researchers rely on quantitative statistical modeling to estimate the incidence of foodborne illness. These estimates are used to direct policy and interventions.[14]

**Clinical Symptoms of Salmonellosis**

16. *Salmonella* infections can produce a broad range of disease, from no symptoms to severe illness. Following ingestion of contaminated food or water, symptoms generally develop

[12] U.S. Department of Agriculture, Food Safety and Inspection Service. (2022). *Salmonella by the numbers*. https://www.fsis.usda.gov/inspection/inspection-programs/inspection-poultry-products/reducing-salmonella-poultry/salmonella

[13] Bennett, J. E., Dolin, R., & Blaser, M. J. (Eds.). (2020). *Mandell, Douglas, and Bennett's principles and practice of infectious diseases* (9th ed.). Elsevier.

[14] Centers for Disease Control and Prevention. (2024a, October 4). *About Salmonella infection*. https://www.cdc.gov/salmonella/about/



MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

within 6 to 72 hours, although longer incubation periods have occasionally been documented.[15] [16] The most common symptoms include:

- Diarrhea, which may be severe or bloody
- Abdominal cramps
- Fever
- Nausea
- Vomiting
- Headache
- Generalized fatigue and body aches

17. Illness typically lasts four to seven days. However, symptom duration varies considerably, and some patients experience prolonged gastrointestinal symptoms lasting weeks or months. A person can transmit *Salmonella* for several weeks to months after acute gastroenteritis symptoms stop. The average duration of bacterial shedding in stool is about 4 to 5 weeks, though young children under five may shed the bacteria longer (median of 7 weeks). In rare cases, a small percentage of individuals carry and transmit the bacteria for over a year. [17]

18. Risk factors for longer shedding include:

- Age: Infants and children under five years old clear the bacteria much more slowly than older individuals.
- Antibiotics: Taking unnecessary antibiotics for uncomplicated *Salmonella* can prolong the time the bacteria stay in the digestive tract.
- Immune Status: People with weak immune systems can shed the bacteria for extended periods.

[15] Centers for Disease Control and Prevention. (2024b, October 7). *Clinical overview of salmonellosis*. https://www.cdc.gov/salmonella/hcp/clinical-overview/

[16] Chen, P. L., Lee, C. C., Li, C. Y., Chang, C. M., Lee, H. C., Lee, N. Y., Ko, N. Y., & Ko, W. C. (2007). Extraintestinal focal infections in adults with nontyphoid *Salmonella* bacteremia: Predisposing factors and clinical outcome. *Journal of Internal Medicine, 261*(1), 91-100. https://doi.org/10.1111/j.1365-2796.2006.01748.x

[17] Octavia, S., et al. (2015). Genomic variability of serial human isolates of *Salmonella* enterica Serovar Typhimurium associated with prolonged carriage. *J Clin Microbiol*. 2015;53(11):3507-3514. doi:10.1128/JCM.01733-15 https://pmc.ncbi.nlm.nih.gov/articles/PMC4609693/



MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

**Medical Treatment of Salmonellosis**

19. Most patients with uncomplicated salmonellosis require supportive care rather than antibiotics. The cornerstone of treatment is maintaining hydration and electrolyte balance through oral fluids or, in more severe cases, intravenous fluid replacement.[18] [19]

20. A growing concern in modern infectious disease practice is antimicrobial resistance. Certain strains of *Salmonella* have become resistant to multiple antibiotics, complicating treatment and increasing the risk of severe disease, prolonged illness, hospitalization, and adverse outcomes. Multidrug-resistant and extensively drug-resistant strains have emerged worldwide and continue to represent a significant public health threat. Antibiotics are typically reserved for individuals at increased risk of invasive disease or those with evidence that infection has spread beyond the gastrointestinal tract. Such high-risk groups include:

- Infants
- Older adults
- Immunocompromised individuals
- Patients with severe disease
- Patients with documented bloodstream infection or focal extraintestinal infection.

**Serious and Long-Term Complications of Salmonellosis**

21. Although most individuals eventually recover completely, *Salmonella* infection can produce serious acute and chronic complications.

**Bacteremia and Invasive Disease**

22. In some patients, *Salmonella* escapes the intestinal tract and enters the bloodstream, producing bacteremia. Current CDC data suggest invasive infections occur in approximately 8%

[18] Lamichhane, B., et al. (2024). Salmonellosis: An overview of epidemiology, pathogenesis, and innovative approaches to mitigate the antimicrobial resistant infections. *Antibiotics (Basel).* doi: 10.3390/antibiotics13010076. PMID: 38247636; PMCID: PMC10812683.

[19] Centers for Disease Control and Prevention. (2024b, October 7). *Clinical overview of salmonellosis*. https://www.cdc.gov/salmonella/hcp/clinical-overview/



MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

of laboratory-confirmed *Salmonella* infections.[20] *S.* Typhi and *S.* Paratyphi can cause systemic illness if they invade the bloodstream.[21] If the bacteria multiply in the blood ("bacteremia" or "septicemia"), they can cause the immune system to respond by activating inflammatory mechanisms.[22] "Systemic inflammatory response syndrome (SIRS)" can develop in extreme cases, causing widespread inflammation that can lead to organ failure. Once in the bloodstream, the bacteria may spread throughout the body and establish infection in distant organs or tissues. Potential complications include:

- Osteomyelitis (bone infection)
- Septic arthritis (joint infection)
- Endocarditis (infection involving the heart valves)
- Meningitis
- Abscess formation
- Vascular infections involving aneurysms, atherosclerotic plaques, or vascular grafts

23. Such complications can be life-threatening and may require prolonged hospitalization, intravenous antibiotics, surgery, or long-term medical monitoring.[23]

**Reactive Arthritis (ReA)**

24. A recognized complication of salmonellosis is reactive arthritis (ReA), an inflammatory condition triggered by infection.[24] ReA, also known as post-infectious arthritis, is a spondyloarthropathy disorder characterized by inflammation of the joints and tissues occurring

[20] Centers for Disease Control and Prevention. (2024b, October 7). *Clinical overview of salmonellosis*. https://www.cdc.gov/salmonella/hcp/clinical-overview/
[21] Centers for Disease Control and Prevention. (2024d, April 25). *About typhoid fever and paratyphoid fever*. https://www.cdc.gov/typhoid-fever/about/index.html
[22] Swinkels, H. M., Jenks, J. D., & DeVos, E. (2024). Typhoid fever. *StatPearls Publishing*. https://www.ncbi.nlm.nih.gov/books/NBK557513/
[23] Chen, P. L., Lee, C. C., Li, C. Y., Chang, C. M., Lee, H. C., Lee, N. Y., Ko, N. Y., & Ko, W. C. (2007). Extraintestinal focal infections in adults with nontyphoid *Salmonella* bacteremia: Predisposing factors and clinical outcome. *Journal of Internal Medicine, 261*(1), 91-100. https://doi.org/10.1111/j.1365-2796.2006.01748.x
[24] Jogu, P., Swamy, V. & Maher, L. (2026) Reactive arthritis. *StatPearls Publishing*. https://www.ncbi.nlm.nih.gov/books/NBK499831/


MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

after gastrointestinal or genitourinary infections. The most common enteric bacterial pathogens that have been implicated in ReA include *Salmonella*, *Shigella*, and *Campylobacter*. [25] Although joint cultures are typically negative, bacterial components from organisms such as *Chlamydia trachomatis*, *Salmonella* spp., *Shigella* spp., *Campylobacter* spp., and *Yersinia* spp. can remain in a nonculturable but immunologically active state, leading to ongoing immune activation.

25. There is no single definitive laboratory test for reactive arthritis.[26] Diagnosis is made clinically based on characteristic symptoms, examination findings, and the temporal relationship to a preceding infection. In addition, there are no established criteria for ReA diagnosis. The HLA-B27 gene and the presence of the HLA-B27 antigen are strongly associated with susceptibility, but not all patients have HLA-B27.[27]

26. A definitive interval between infection and the onset of ReA has not been established, contributing to variation among published studies. Reliable statistics show that roughly 1% to 4.4% of people with diagnosed salmonellosis develop reactive arthritis, while broader systematic reviews estimate an incidence of about 12 cases per 1,000 infections (1.2%). Outbreak studies report fluctuating rates depending on the specific bacterial strain and patient tracking methods.[28]

27. Reactive arthritis may persist long after resolution of the initial gastrointestinal infection and, in some individuals, progresses to a chronic inflammatory condition requiring ongoing medical management. Although some individuals recover from ReA within months, others develop persistent or chronic symptoms that may last years and significantly affect quality

[25] Ajene, A. N., Fischer Walker, C. L., & Black, R. E. (2013). Enteric pathogens and reactive arthritis: a systematic review of *Campylobacter*, *Salmonella* and *Shigella*-associated reactive arthritis. *Journal of Health, Population, and Nutrition*, *31*(3), 299–307. https://doi.org/10.3329/jhpn.v31i3.16515

[26] Cheeti, A., Chakraborty, R. K., & Ramphul, K. (2023). Reactive arthritis. *StatPearls Publishing*. https://www.ncbi.nlm.nih.gov/sites/books/NBK499831/

[27] Ding, Y., & Xue, L. (2022). HLA-B27 negative reactive arthritis versus HLA-B27 positive reactive arthritis: A retrospective study. *Medicine*, *101*(35), e30383. https://www.ovid.com/jnls/md-journal/fulltext/10.1097/md.0000000000030383~hla-b27-negative-reactive-arthritis-versus-hla-b27-positive

[28] Ajene, A. N., Fischer Walker, C. L., & Black, R. E. (2013). Enteric pathogens and reactive arthritis: a systematic review of *Campylobacter*, *Salmonella* and *Shigella*-associated reactive arthritis. *Journal of Health, Population, and Nutrition*, *31*(3), 299–307. https://doi.org/10.3329/jhpn.v31i3.16515



MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

of life. When present, symptoms typically develop after the acute gastrointestinal illness and may include:

- Joint pain and swelling (enthesitis) (may also affect heels and low back)
- Eye inflammation (uveitis or conjunctivitis)
- Urinary symptoms (urethritis).[29]

**Post-Infectious Gastrointestinal Disorders**

28. Research increasingly demonstrates that bacterial gastroenteritis, including *Salmonella* infection, can trigger chronic gastrointestinal disorders long after the acute infection has resolved. These long-term sequelae may persist for months or years and can substantially interfere with daily functioning and quality of life.[30] These include but are not limited to:

- Irritable bowel syndrome
- Functional gastrointestinal disorders (FGIDs)
- Chronic abdominal pain
- Altered bowel habits
- Gastroesophageal reflux disorder (GERD)

29. Functional dyspepsia (FD) and irritable bowel syndrome (IBS) are the two most common functional gastrointestinal disorders. Functional dyspepsia is characterized by symptoms including postprandial fullness, early satiety, epigastric pain, and epigastric burning.

**Irritable Bowel Syndrome (IBS)**

30. Irritable bowel syndrome (IBS) is a chronic functional disease, and the changes that it causes in bowel function and abdominal pain seriously affect the patient's normal life and work. It is most common in young women, and it tends to overlap with other functional

[29] Shafiee, D., Salpynov, Z., Gusmanov, A., Khuanbai, Y., Mukhatayev, Z., & Kunz, J. (2024). Enteric infection-associated reactive arthritis: A systematic review and meta-analysis. *Journal of Clinical Medicine*, *13*(12), 3433.https://www.mdpi.com/2077-0383/13/12/3433

[30] Agarwal, R., Prabhu, M., Motimath, P., Morkar, D., & Patil, R. S. (2025). Predictors for the development of post-infection irritable bowel syndrome after acute gastroenteritis: A prospective study. *Journal of Gastrointestinal Infections*, *15*(01/02), 1-6. https://www.thieme-connect.com/products/ejournals/html/10.1055/s-0045-1811511



MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

gastrointestinal diseases (FGIDs) and cause a huge burden to life and society's economy.[31] It is characterized by abdominal pain and altered bowel habits, with no detectable structural abnormalities and normal routine diagnostic tests.[32] IBS is a form of gut–brain interaction disorder as most intestinal functions are found to be regulated by the brain. Current estimates suggest IBS affects approximately 5% to 10% of the global population.

**Post-infectious Irritable Bowel Syndrome (PI-IBS)**

31. Post-infectious irritable bowel syndrome (PI-IBS) is a particular type of IBS, with symptom onset after an acute episode of infectious gastroenteritis.[33] Despite infectious disease resolution and clearance of the inciting pathogen agent, 10% of patients will develop PI-IBS. In susceptible individuals, the exposure to pathogenic organisms leads to a marked shift in the gut microbiota with prolonged changes in host-microbiota interactions.

32. PI-IBS refers to the sudden appearance of new IBS symptoms following an episode of acute infectious gastroenteritis.[34] The incidence of PI-IBS depends on factors such as the involved pathogens, the geographic area, and the criteria used for IBS diagnosis. In different studies, the prevalence or incidence of this disease has been estimated to be 5%–32%. Previous studies have identified factors such as female sex, younger age, antibiotic therapy, diarrhea for >7 days, abdominal pain, and vomiting during PI-IBS infection. The symptoms of PI-IBS are often treated as new episodes of subsequent acute gastroenteritis (AGE), sometimes due to the

[31] Huang, K. Y., Wang, F. Y., Lv, M., Ma, X. X., Tang, X. D., & Lv, L. (2023). Irritable bowel syndrome: Epidemiology, overlap disorders, pathophysiology and treatment. *World journal of gastroenterology*, *29*(26), 4120–4135. https://doi.org/10.3748/wjg.v29.i26.4120

[32] Agarwal, R., Prabhu, M., Motimath, P., Morkar, D., & Patil, R. S. (2025). Predictors for the development of post-infection irritable bowel syndrome after acute gastroenteritis: A prospective study. *Journal of Gastrointestinal Infections*, *15*(01/02), 1-6. https://www.thieme-connect.com/products/ejournals/html/10.1055/s-0045-1811511

[33] Lupu, V. V., Ghiciuc, C. M., Stefanescu, G., Mihai, C. M., Popp, A., Sasaran, M. O., Bozomitu, L., Starcea, I. M., Adam Raileanu, A., & Lupu, A. (2023). Emerging role of the gut microbiome in post-infectious irritable bowel syndrome: A literature review. *World Journal of Gastroenterology*, *29*(21), 3241–3256. https://doi.org/10.3748/wjg.v29.i21.3241

[34] Soheilipour, M., Chahichi, A., Mohajer, H., Ghomashi, N., Roohafza, H., & Adibi, P. (2024, March). Risk factors of developing postinfectious irritable bowel syndrome in shigellosis patients, 5 years after hospitalization during the outbreak. In *Open forum infectious diseases* (Vol. 11, No. 3, p. ofae032). US: Oxford University Press. https://academic.oup.com/ofid/article/11/3/ofae032/7585183



MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

patients visiting multiple providers with the same problems. Physicians should keep a high suspicion for PI-IBS, in patients with predisposing risk factors. Targeting the gut microbiota and its alteration is currently a topic of focus and is proving to be promising in the management of PI-IBS.

**Gastroesophageal Reflux Disorder**

33. GERD is a condition in which stomach contents reflux and cause uncomfortable symptoms, which present with regurgitation, heartburn, or being asymptomatic. GERD is divided into three phenotypic presentations: Nonerosive reflux disease, erosive esophagitis (RE), and Barrett's esophagus (BE), with prevalence rates of 60%-70%, 30%, and 6%-8%, respectively. Before Rome IV, a small number of studies had shown overlap between GERD and FGIDs, and IBS is a risk factor for GERD. [35]

**Altered Bowel Habits**

34. Following an episode of acute infectious gastroenteritis, there can be long-term chronic effects of the initial infection that often manifest as altered bowel habits—ranging from persistent diarrhea to constipation—coupled with chronic visceral hypersensitivity, where normal gut sensations are perceived as painful or distressing.[36] This prolonged dysfunction is primarily driven by persistent, low-grade mucosal inflammation, lingering neuroimmune interactions, and a compromised intestinal barrier that continuously sensitizes the local enteric nervous system long after the initial pathogen has been cleared.

**Prevention of *Salmonella* Infection**

35. Because food contaminated with *Salmonella* usually looks, smells, and tastes completely normal, prevention depends on safe food handling rather than on detecting spoilage.

[35] Huang, K. Y., Wang, F. Y., Lv, M., Ma, X. X., Tang, X. D., & Lv, L. (2023). Irritable bowel syndrome: Epidemiology, overlap disorders, pathophysiology and treatment. *World journal of gastroenterology*, *29*(26), 4120–4135. https://doi.org/10.3748/wjg.v29.i26.4120

[36] Lee, J. G., et al. (2025). Incidence and clinical course of post-infectious irritable bowel syndrome in patients admitted to university hospitals: 1-year prospective follow-up study. *Journal of Neurogastroenterology and Motility*, *31*(1), 110. https://pmc.ncbi.nlm.nih.gov/articles/PMC11735206/



MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

Public health authorities organize these practices around four basic steps: clean, separate, cook, and chill.[37] [38]

36. Thorough handwashing is one of the most effective safeguards. Hands should be washed with soap and running water for at least 20 seconds before, during, and after preparing food; before eating; after using the bathroom; and after handling raw meat, poultry, seafood, or eggs. Kitchen utensils, cutting boards, and countertops should be washed with hot, soapy water after contact with raw foods, and fresh fruits and vegetables should be rinsed under running water before they are eaten or prepared.

37. Raw meat, poultry, seafood, and eggs should be kept separate from ready-to-eat foods throughout shopping, storage, and preparation. Using separate cutting boards and keeping the juices of raw animal products away from produce and other foods helps prevent cross-contamination, one of the most common routes of *Salmonella* transmission in the home.

38. Cooking food to a safe internal temperature reliably kills *Salmonella*, and the only way to verify that temperature is with a food thermometer—color and texture are not reliable indicators. Poultry (including ground chicken and turkey), stuffing, and casseroles should reach 165°F; ground meats and egg dishes should reach 160°F; and whole cuts of beef, pork, veal, and lamb should reach 145°F, followed by a three-minute rest.

39. *Salmonella* multiplies rapidly at temperatures between 40°F and 140°F—the so-called "danger zone." Refrigerators should be kept at 40°F or below, and perishable foods should never be left at room temperature for more than two hours (or one hour if the surrounding temperature exceeds 90°F). Consumers should also avoid unpasteurized (raw) milk and dairy products, raw or undercooked eggs, and raw or undercooked meat and poultry.

40. Finally, many healthy-appearing animals—including reptiles and amphibians such as turtles, snakes, and lizards, as well as backyard poultry—carry *Salmonella* in their intestinal

[37] Centers for Disease Control and Prevention. (2024c, October 4). *Preventing Salmonella infection. https://www.cdc.gov/salmonella/prevention/index.html*

[38] Schneider, K. R., Goodrich-Schneider, R., Hubbard, M., Bertoldi, B., & Richardson, S. (2025). Preventing foodborne illness: Salmonellosis. https://ask.ifas.ufl.edu/publication/FS096



MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

tracts and shed the bacteria into their surroundings. Hands should always be washed after contact with these animals or their environment, and reptiles and amphibians should not be kept in households with young children or immunocompromised persons. When traveling to regions with lower food and water safety standards, the CDC advises a simple rule: "Boil it, cook it, peel it, or forget it." [39]

**Raw Oysters and the Little Wicomico River Outbreak**

41. Oysters are filter feeders. When harvested from water contaminated with fecal material, they concentrate *Salmonella* in their tissue. Raw oysters are not cooked before eating, so nothing between harvest and the consumer's mouth kills the pathogen. A raw oyster contaminated with *Salmonella* is adulterated and unreasonably dangerous.

42. On October 9, 2026, the Virginia Department of Health ("VDH") closed the Little Wicomico River in Northumberland County, Virginia, to shellfish harvesting after a *Salmonella* outbreak in Pennsylvania was linked to oysters harvested there. Little Wicomico (VA-1421-SP) issued a voluntary recall, announced by VDH, of oysters harvested from the Little Wicomico River from September 18 through October 8, 2026.

43. On October 19, 2026, the Centers for Disease Control and Prevention ("CDC") and the U.S. Food and Drug Administration ("FDA") announced a multistate outbreak of *Salmonella* infections linked to raw oysters harvested by Little Wicomico from the Little Wicomico River. CDC reported 27 people sick in 12 states, five of 21 with information hospitalized, with illnesses beginning on dates ranging from May 29, 2026, to September 14, 2026.

44. According to CDC and FDA, traceback of the oysters eaten by ill people identified Little Wicomico's Little Wicomico River oysters as the only oysters in common to all seven ill people included in the traceback.

[39] Centers for Disease Control and Prevention. (2024c, October 4). *Preventing Salmonella infection. https://www.cdc.gov/salmonella/prevention/index.html*


MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

45. On October 30, 2026, CDC updated its investigation and reported 28 people sick in 13 states, with illnesses beginning on dates from May 29, 2026, to October 6, 2026. CDC stated that epidemiologic, laboratory, and traceback data show that oysters harvested by Little Wicomico from the Little Wicomico River harvest area made people sick in this outbreak. Whole genome sequencing showed that oyster samples the Virginia Department of Health collected from Little Wicomico's harvest areas in the Little Wicomico River contained the same strain of *Salmonella* making people sick in the outbreak.

46. CDC reports that two of the 28 ill people live in Maryland. Maryland is among the states to which Little Wicomico's oysters were shipped.

47. Little Wicomico harvested oysters that were contaminated with *Salmonella* from the Little Wicomico River before September 4, 2026, and shipped those oysters directly to Maryland through its online store, as described below.

## IV. PLAINTIFF'S EXPOSURE, ILLNESS, AND INJURIES

48. On or about September 2, 2026, Plaintiff's acquaintance ordered a 100-count "Farm Fresh Oyster Sampler" from Little Wicomico's online store (Order No. LWO #25564). Little Wicomico shipped the oysters to Maryland, where they were delivered on September 4, 2026.

49. On information and belief, the oysters in Order No. LWO #25564 were harvested by Little Wicomico from the Little Wicomico River growing area and are among the oysters implicated in the outbreak described above.

50. On September 5, 2026, Mr. Rucker attended a family-and-friends gathering in Cheltenham, Maryland, where the oysters from Order No. LWO #25564 were served. Mr. Rucker ate several of the oysters raw, the ordinary and intended way of eating them.

51. On or about September 8, 2026, Mr. Rucker developed diarrhea and abdominal pain. Within days he developed fever, intense chills, drenching night sweats, body aches, fatigue, and a severe headache. By September 15, 2026, the shaking and chills had become severe and uncontrollable.



MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

52. On the night of September 15, 2026, Mr. Rucker went to the emergency department at Inova Mount Vernon Hospital in Alexandria, Virginia, where he arrived with a fever of 102.9°F and a rapid heart rate. Blood cultures grew *Salmonella*, and his stool culture was positive for *Salmonella*.

53. Mr. Rucker was admitted and diagnosed with sepsis and *Salmonella* bacteremia.

54. Because the source of his fever and headache was not yet known, his physicians started intravenous ceftriaxone to cover possible meningitis and performed a lumbar puncture. During his hospitalization, Mr. Rucker also received intravenous fluids and underwent CT imaging of the head and of the abdomen and pelvis, MRI of the brain, and an echocardiogram to look for infection of the heart valves. He remained hospitalized while his physicians awaited repeat blood cultures and antibiotic-susceptibility results.

55. Mr. Rucker was discharged on September 20, 2026, with a diagnosis of sepsis and *Salmonella* bacteremia and a further seven-day course of oral ciprofloxacin.

56. Mr. Rucker's *Salmonella* isolate was submitted to public health authorities for whole genome sequencing. On November 6, 2026, public health officials notified Mr. Rucker that whole genome sequencing showed his isolate was a genetic match to the outbreak strain linked to Little Wicomico River oysters.

57. Mr. Rucker's illness kept him from working and separated him from his wife and children during his hospitalization.

58. Mr. Rucker has incurred, and will continue to incur, medical expenses and lost earnings, and has suffered physical pain, emotional distress, fear for his life, inconvenience, and impairment of the quality of his life.

## V. CLAIMS FOR RELIEF

59. Plaintiff was injured in Maryland, and his tort claims are governed by Maryland law. To the extent any claim is governed by Virginia law, Plaintiff pleads it in the alternative under Virginia law.



MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

**COUNT I**
**(Strict Products Liability)**

60. Plaintiff incorporates all preceding paragraphs as if set forth fully herein.

61. At all relevant times, Defendant Little Wicomico was engaged in the business of harvesting, processing, packing, labeling, distributing, and selling food products, including the oysters at issue in this case.

62. Defendant Little Wicomico harvested, processed, packed, labeled, and sold the oysters Plaintiff ate and placed them into the stream of commerce. Under Maryland law, a seller of a product in a defective condition unreasonably dangerous to the consumer is strictly liable for the physical harm it causes. *Phipps v. General Motors Corp.*, 278 Md. 337 (1976). Defendant was a seller of the food product at issue in this case within the meaning of Maryland's strict-liability law.

63. When the oysters left Little Wicomico's control, they were contaminated with *Salmonella*, rendering them defective and unreasonably dangerous for their intended and foreseeable use and consumption by consumers, including Plaintiff. The oysters were in a defective and unreasonably dangerous condition when they left Defendant's possession and control and reached Plaintiff without substantial change in that defective condition.

64. Plaintiff ate the oysters in the manner intended and reasonably foreseeable. As a direct and proximate result of the defective oysters, Plaintiff contracted *Salmonella* and sustained injuries described above, as well as physical and emotional pain and suffering. Little Wicomico is strictly liable for Plaintiff's damages.

**COUNT II**
**(Breach of Implied Warranty of Merchantability)**

65. Plaintiff incorporates all preceding paragraphs as if set forth fully herein.


MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

66. Little Wicomico is a merchant with respect to raw oysters. By selling the oysters, Little Wicomico impliedly warranted that they were merchantable, fit for the ordinary purpose of raw human consumption, and adequately packaged and labeled. Md. Code Ann., Com. Law § 2-314; Va. Code Ann. § 8.2-314.

67. Plaintiff was a guest at the gathering where the oysters were served and a person whom Little Wicomico could reasonably expect to consume them. Little Wicomico's warranty extends to him under Md. Code Ann., Com. Law § 2-318, and lack of privity is no defense. Va. Code Ann. § 8.2-318.

68. Defendant breached the implied warranty of merchantability by selling and supplying oysters contaminated with *Salmonella* and unfit for human consumption. The impurities of the oysters at issue existed in the product before they left Defendant's possession.

69. At all times relevant, Plaintiff was a person of the type that Defendant might and should have reasonably expected to consume Defendant's goods, namely its oyster products, and be affected by them.

70. The food that Defendant manufactured, distributed, supplied, and sold was objectionable because it contained *Salmonella,* was not fit for its ordinary purpose (consumption), and was not wholesome.

71. Thus, Defendant breached the implied warranties of merchantability and wholesomeness because the oysters were not fit for ordinary use (consumption) or wholesome but were instead contaminated with *Salmonella* and injurious to Plaintiff.

72. In manufacturing, distributing, supplying, and selling the contaminated food, Defendant breached the implied warranties as described above.

73. As a direct and proximate result of the breach of implied warranties by Defendant,



MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

Plaintiff was caused to suffer serious injuries, bodily pain, and mental distress.

**COUNT III**
**(Negligence/Failure to Warn/Negligence *Per Se*)**

74. Plaintiff incorporates all preceding paragraphs as if set forth fully herein.

75. Defendant Little Wicomico owed Plaintiff a duty to use reasonable care in harvesting, producing, handling, packing, storing, distributing, and selling food so that it was safe to eat and was not adulterated.

76. Defendant Little Wicomico breached that duty by, among other things: harvesting and shipping oysters from water it knew or should have known was contaminated with *Salmonella*; failing to monitor its growing area and product for contamination; failing to follow the sanitation, harvest, and temperature-control requirements of the National Shellfish Sanitation Program Model Ordinance and Virginia shellfish regulations; failing to employ the proper and necessary protocols and practices required by the standard of care to ensure its food products were harvested, processed, stored, packaged, distributed, and sold free of bacteria, including *Salmonella*; and failing to warn of the hazard.

77. Further consistent with the standard of care, Defendant owed a duty to Plaintiff and others to use supplies and raw materials that complied with federal, state, and local food laws, ordinances, and regulations; that were safe and reliable sources; that were clean, wholesome, and free from adulteration; and that were safe for human consumption and for their intended purposes. Defendant breached this duty.

78. Food is adulterated under federal and state law if it bears or contains a poisonous or deleterious substance that may render it injurious to health. 21 U.S.C. § 342(a)(1); *see also* Md. Code Ann., Health–Gen. § 21-201 *et seq.*; Va. Code Ann. § 3.2-5100 *et seq.* Plaintiff belongs to



MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

the class these laws protect, and his injury is the kind they are designed to prevent. Defendant Little Wicomico's violations are evidence of negligence and, where the governing law permits, negligence *per se*.

79. The food that Defendant manufactured, sold, distributed, and supplied was unmerchantable and not fit for its ordinary purpose, and Defendant knew, or should have known, that at the time it sold, distributed, and supplied the product for Plaintiff's consumption that it was likely unmerchantable, but failed to warn Plaintiff and others of this fact.

80. Little Wicomico's negligence was a direct and proximate cause of Plaintiff's injuries and damages.

## VI. DAMAGES

81. As a direct and proximate result of Little Wicomico's conduct, Mr. Rucker has suffered and will continue to suffer economic and noneconomic damages, including past and future medical and related expenses; lost earnings; physical pain and suffering; emotional distress; inconvenience; and impairment of the quality of life.

WHEREFORE, Plaintiff Jonathan Rucker respectfully requests that judgment be entered in Plaintiff's favor and against Defendant Little Wicomico Oyster Company, LLC, and that Plaintiff be awarded as follows:

a. Compensatory damages, including damages for past and future medical expenses, past and future pain and suffering, past and future emotional distress and anguish, past and future lost wages and loss of wage-earning capacity, and any other compensatory damages allowed by law, in the sum to be proven at trial and decided by the jury;

b. Pre-judgement interest as permitted by law;

c. Costs as permitted by law;



MARLER CLARK
THE FOOD SAFETY LAW FIRM
180 Olympic Drive S.E.
Bainbridge Island, WA 98110

d. Attorneys' fees as permitted by law; and

e. Such other and further relief as the Court deems just and proper.

**TRIAL BY JURY IS DEMANDED BY PLAINTIFF.**

**JONATHAN RUCKER**

By Counsel.

Respectfully submitted this 11th day of November, 2026,

REGAN ZAMBRI LONG PLLC

By: /s/ *Emily C. Lagan*
Emily C. Lagan (VSB #93614)
elagan@reganfirm.com
Salvatore J. Zambri (*pro hac vice* to be filed)
szambri@reganfirm.com
1919 M Street, NW, Suite 600
Washington, DC 20036
PH: (202) 463-3030
FX: (202) 463-0667

*Co-Counsel for Plaintiff*

and

MARLER CLARK, INC., PS

William D. Marler (*pro hac vice* to be filed)
bmarler@marlerclark.com
180 Olympic Drive SE
Bainbridge Island, WA 98110
PH: (206) 346-1888
FX: (206) 346-1898

*Co-Counsel for Plaintiff*