IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

IN RE: LOCAL CIVIL RULE 7(E)

# **STANDING ORDER**

This Standing Order applies to all civil cases that are assigned to United States District Judge David J. Novak.

The Court will not enforce the provisions of Local Rule 7(E) to the extent that it requires a movant to schedule a hearing within thirty (30) days after filing a motion. Consistent with Local Rule 7(J), the Court will decide all motions on the papers unless the Court orders oral argument on its own initiative or on separate motion filed by the parties. The separate motion must include an incorporated brief explaining why oral argument will materially aid in the decisional process. If a motion is filed, the Court will then decide whether to schedule a hearing on the underlying motion.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: October 1, 2026